Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
Laura Van Buren, Bar #031669
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com
Email: lvanburen@wienekelawgroup.com

*Attorneys for Defendant Jeri Williams*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Keisha Acton; Nathan Aderholdt; Britney Austin; Dominic Bonelli; Lee Percy Christian; Ryder Collins; Bruce Franks, Jr.; Jessica Gibson; Milton Hasley; Jonah Ivy; Camille Johnson; Amy Kaper; Marysa Leyva; Nathaniel Llanes; Rebekah Mills; Tate Peak; Suvarna Ratnam; William Reed; Christopher Roberson; Justin Schollmeyer; Malyka Shively; Sarra Tekola; Ryan Tice; Brandon Valentin; Kalixta Villasaez; Richard Villa; and Jacob Wise individually, <br><br> Plaintiffs, <br><br> vs. <br><br> Allister Adel; The Estate of Allister Adel; Tom Van Dorn; Ken Vick; Vince Goddard; Sherry Leckrone; William Long, April Sponsel; Nicholas Michaud; Maricopa County, a political subdivision of the State of Arizona; City of Phoenix, a municipal corporation; Jeri Williams; Michael Kurtenbach; John Collins; Lawrence Hein; Gabriel Lopez; Dennis Orender; Edward DeCastro; Brian Lee; Benjamin Moore; Mark Schweikert; Bryan Knueppel; Douglas McBride; James Groat; Bryan Korus; Sean Burton; George Herr; James Hester; Jeffrey Howell; Jamie Jesty; Blake Forbes Merl; Mykel Moller; Eric Munzinger; Derek Pulliam; Joshua Ramos; Jeffrey Raymond Jacob Tinto; Christopher Turiano; Alex Volk and; Benjamin Zamora, <br><br> Defendants. | NO. 2:21-cv-01226-SMB-MTM <br><br> **JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

The parties jointly move the Court to enter the Stipulated Protective Order. This Protective Order will govern the dissemination and use of documents and other materials produced during discovery in this case.

The parties have identified or anticipate identifying documents and materials that contain confidential and/or personally sensitive information or that relate to confidential information pertaining to third-parties who are not parties to this litigation. Under the proposed Protective Order, certain information will be required to be marked as CONFIDENTIAL and/or CONFIDENTIAL – ATTORNEYS' EYES ONLY.

Public disclosure of these confidential materials could be damaging to the interests of both the parties and third parties. The parties are concerned with maintaining the confidentiality of this sensitive information, including materials that were sealed by the criminal court.

DATED this 13th day of February 2024.

WIENEKE LAW GROUP, PLC

By: /s/ Christina Retts
Kathleen L. Wieneke
Christina Retts
Laura Van Buren
1225 West Washington Street, Suite 313
Tempe, AZ 85288
*Attorneys for Defendant Jeri Williams*

SANDERS & PARKS PC

By: /s/ Robert O. Beardsley (w/ permission)
James A. Eaves
Brianna M. Quinn
Robert O. Beardsley
3030 North 3rd Street, Suite 1300
Phoenix, Arizona 85012
*Attorneys for Defendant Maricopa County, Allister Adel and Ken Vick*

HOLLOWAY ODEGARD & KELLY PC

By: /s/ Sally Ann Odegard (w/ permission)
Sally Ann Odegard
Stephen M. Hopkins
2930 E. Camelback Road, Suite 200
Phoenix, Arizona 85016
*Attorneys for Defendant City of Phoenix*

BERKE LAW FIRM, PLLC

By: /s/ Lori V. Berke (w/ permission)
Lori V. Berke
Anelisa Benavides
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
*Attorneys for Defendant Michael Kurtenbach*

CALDERON LAW OFFICES PLC

By: /s/ Ernest Calderon (w/ permission)
Ernest Calderon
24 West Camelback Road, Suite A730
Phoenix, Arizona 85013
*Attorney for Defendant Sponsel*

RYAN RAPP & UNDERWOOD PLC

By: /s/ Christopher T. Rapp (w/ permission)
Christopher T. Rapp
Andrew C. Pacheco
Lesli M. H. Sorensen
3200 North Central Avenue, Suite 2250
Phoenix, Arizona 85012
*Attorneys for Defendants Tom Van Dorn, and William Long*

3

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By: /s/ Nicholas D. Acedo (w/ permission)
Daniel P. Struck
Rachel Love
Nicholas D. Acedo
Ashlee B. Hesman
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
*Attorneys for Defendants Vince Goddard and Sherry Leckrone*

DiCELLO LEVITT LLP

By: /s/ Justin J. Hawal (w/ permission)
Robert DiCello
Kenneth Abbarno
Justin J. Hawal
Peter Soldato
Elizabeth Paige White
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
*Attorneys for Plaintiffs*

4

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Ernest Calderon<br>CALDERON LAW OFFICES PLC<br>24 West Camelback Road, Suite A730<br>Phoenix, Arizona 85013<br>*Attorney for Defendant Sponsel* | Sally Ann Odegard<br>Stephen M. Hopkins<br>HOLLOWAY ODEGARD & KELLY PC<br>2930 E. Camelback Road, Suite 200<br>Phoenix, Arizona 85016<br>*Attorneys for Defendant City of Phoenix* |
| James A. Eaves<br>Brianna M. Quinn<br>Robert O. Beardsley<br>SANDERS & PARKS PC<br>3030 North 3rd Street, Suite 1300<br>Phoenix, Arizona 85012<br>*Attorneys for Defendant Maricopa County, Allister Adel and Ken Vick* | Bradley D. Shwer<br>Andre H. Merrett<br>Sara R. Witthoft<br>THORPE SHWER, P.C.<br>3200 N. Central Ave., Suite 1560<br>Phoenix, Arizona 85012<br>*Attorneys for Defendant Barbara Marshall* |
| Daniel P. Struck<br>Rachel Love<br>Nicholas D. Acedo<br>Ashlee B. Hesman<br>STRUCK LOVE BOJANOWSKI & ACEDO, PLC<br>3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226<br>*Attorneys for Defendants Vince Goddard and Sherry Leckrone* | Christopher T. Rapp<br>Andrew C. Pacheco<br>Lesli M. H. Sorensen<br>RYAN RAPP & UNDERWOOD PLC<br>3200 North Central Avenue, Suite 2250<br>Phoenix, Arizona 85012<br>*Attorneys for Defendants Tom Van Dorn, and William Long* |
| Mart Harris<br>THE TRIAL LAW FIRM, LLC<br>428 Forbes Avenue, Suite 1700<br>Pittsburgh, Pennsylvania 15219<br>*Attorneys for Plaintiffs* | Stephen D. Benedetto<br>Heather Hamel<br>THE PEOPLE'S LAW FIRM, PLC<br>645 North 4th Avenue, Suite A<br>Phoenix, Arizona 85003<br>*Attorneys for Plaintiffs* |

| | |
|---|---|
| Lori V. Berke<br>Anelisa Benavides<br>BERKE LAW FIRM, PLLC<br>1601 N. 7th Street, Suite 360<br>Phoenix, AZ 85006<br>*Attorneys for Defendant Michael Kurtenbach* | William Murphy, Jr.<br>Malcolm Ruff<br>MURPHY, FALCON & MURPHY<br>1 South Street, Suite 3000<br>Baltimore, Maryland 21202<br>*Attorneys for Plaintiffs* |
| Robert DiCello<br>Kenneth Abbarno<br>Justin J. Hawal<br>Peter Soldato<br>Elizabeth Paige White<br>DiCELLO LEVITT LLP<br>8160 Norton Parkway, Third Floor<br>Mentor, Ohio 44060<br>*Attorneys for Plaintiffs* | John T. Masterson<br>Christopher G. Stuart<br>Ashley E. Caballero-Daltrey<br>JONES, SKELTON & HOCHULI P.L.C.<br>40 N. Central Avenue, Suite 2700<br>Phoenix, Arizona 85004<br>*Attorneys for Defendants Dennis Orender; Benjamin Moore; Mark Schweikert; Douglas McBride; James Groat; Jeffrey Howell; Benjamin Zamora; Christopher Turiano; Joshua Ramos; Jacob Tinto; Derek Pulliam; Carlos Velasquez; Jamie Jesty; John Collins; Lawrence Hein; Gabriel Lopez; Edward DeCastro; Bryan Knueppel; Bryan Korus; Sean Burton; James Hester* |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

    N/A

By:    <u>/s/ Mica Mahler</u>

6