Stephen D. Benedetto (Ariz. Bar No. 022349)
**THE PEOPLE'S LAW FIRM**
645 North 4th Avenue, Suite A
Phoenix, Arizona 85003
Telephone: (602) 456-1901
Facsimile: (602) 801-2834
benedetto@the-plf.com
*Firm email for service of documents:*
admin@the-plf.com

Robert DiCello (*pro hac vice*)
Kenneth Abbarno (*pro hac vice*)
Justin J. Hawal (*pro hac vice*)
Peter Soldato (*pro hac vice*)
**DiCELLO LEVITT LLP**
Western Reserve Law Building
8160 Norton Parkway, 3rd Floor
Mentor, Ohio 44060
Telephone: (440) 953-8888
Facsimile: (440) 953-9138
rfdicello@dicellolevitt.com
kabbarno@dicellolevitt.com
jhawal@dicellolevitt.com
psoldato@dicellolevitt.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Keisha Acton, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>Allister Adel, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-01226-SMB-MTM<br><br>**PLAINTIFFS' NOTICE OF VACATING DEPOSITIONS OF DEFENDANTS KEN VICK AND MARICOPA COUNTY** |

1  NOTICE IS HEREBY GIVEN, Pursuant to Fed. R. Civ. P. 30, that Plaintiffs Keisha Acton, Nathan Aderholdt, Britney Austin, Dominic Bonelli, Lee Percy Christian, Ryder Collins, Bruce Franks, Jr., Jessica Gibson, Milton Hasley, Jonah Ivy, Camille Johnson, Amy Kaper, Marysa Leyva, Nathaniel Llanes, Suvarna Ratnam, William Reed, Christopher Roberson, Malyka Shively, Sarra Tekola, Ryan Tice, Brandon Valentin, Kalixta Villasaez, and Richard Villa, (collectively, "Plaintiffs") intend to vacate the Notices of Deposition for Maricopa County and Ken Vick. (Doc. Nos. 465, 475). All other notices and subpoenas remain unchanged.

DATED this 7th day of December, 2024.

THE PEOPLES LAW FIRM
645 North 4th Avenue, Suite A
Phoenix, Arizona 85003

By: /s/ Stephen D. Benedetto
    Stephen D. Benedetto


DICELLO LEVITT LLP
8160 Norton Parkway
Third Floor
Mentor, Ohio 44060

By: /s/ Justin J Hawal
    Robert F. DiCello
    Kenneth P. Abbarno
    Justin J. Hawal
    Peter C. Soldato


*Attorneys for Plaintiffs*

1

# CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants on record in this matter:

| | |
|---|---|
| Kathleen L. Wieneke<br>Christina Retts<br>Laura Van Buren<br>WIENEKE LAW GROUP, PLC<br>1225 West Washington Street, Suite 313<br>Tempe, AZ 85288<br><br>*Attorneys for Defendant Jeri Williams* | Lori V. Berke<br>Anelisa Benavides<br>BERKE LAW FIRM, PLLC<br>1601 N. 7th Street, Suite 360<br>Phoenix, AZ 85006<br><br>*Attorneys for Defendant Michael Kurtenbach* |
| James A. Eaves<br>Brianna M. Quinn<br>Robert O. Beardsley<br>SANDERS & PARKS PC<br>3030 North 3rd Street, Suite 1300<br>Phoenix, Arizona 85012<br><br>*Attorneys for Defendant Maricopa County, Allister Adel and Ken Vick* | Ernest Calderon<br>CALDERON LAW OFFICES PLC<br>24 West Camelback Road, Suite A730<br>Phoenix, Arizona 85013<br><br>*Attorney for Defendant Sponsel* |
| Sally Ann Odegard<br>Stephen M. Hopkins<br>HOLLOWAY ODEGARD & KELLY PC<br>2930 E. Camelback Road, Suite 200<br>Phoenix, Arizona 85016<br>*Attorneys for Defendant City of Phoenix* | Christopher T. Rapp<br>Andrew C. Pacheco<br>Lesli M. H. Sorensen<br>RYAN RAPP & UNDERWOOD PLC<br>3200 North Central Avenue, Suite 2250<br>Phoenix, Arizona 85012<br><br>*Attorneys for Defendants Tom Van Dorn, and William Long* |
| Daniel P. Struck<br>Rachel Love<br>Nicholas D. Acedo<br>Ashlee B. Hesman<br>STRUCK LOVE BOJANOWSKI &<br>ACEDO, PLC<br>3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226<br><br>*Attorneys for Defendants Vince Goddard and Sherry Leckrone* | John T. Masterson<br>Christopher G. Stuart<br>Ashley E. Caballero-Daltrey<br>JONES, SKELTON & HOCHULI P.L.C.<br>40 N. Central Avenue, Suite 2700<br>Phoenix, Arizona 85004<br><br>*Attorneys for Defendants Dennis Orender; Benjamin Moore; Mark Schweikert; Douglas McBride; James Groat; Jeffrey Howell; Benjamin Zamora; Christopher Turiano; Joshua Ramos; Jacob Tinto;* |

*Derek Pulliam; Carlos Velasquez; Jamie Jesty; John Collins; Lawrence Hein; Gabriel Lopez; Edward DeCastro; Bryan Knueppel; Bryan Korus; Sean Burton; James Hester*

By: /s/ Justin J. Hawal
    *DiCello Levitt LLC*

3