J. Arthur Eaves/Bar No. 019748
Brianna M. Quinn/Bar No. 034170
Robert O. Beardsley/Bar No. 029215
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
Direct Phone: (602) 532-5730
Direct Fax: (602) 230-5034
artie.eaves@sandersparks.com
brianna.quinn@sandersparks.com
robert.beardsley@sandersparks.com

Attorneys for Defendants Maricopa County,
    Allister Adel and Ken Vick

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Keisha Acton; Nathan Aderholdt; Britney Austin; Dominic Bonelli; Lee Percy Christian; Ryder Collins; Bruce Franks, Jr.; Jessica Gibson; Milton Hasley; Jonah Ivy; Camille Johnson; Amy Kaper; Marysa Leyva; Nathaniel Llanes; Rebekah Mills; Tate Peak; William Reed; Christopher Roberson; Justin Schollmeyer; Malyka Shively; Sarra Tekola; Ryan Tice; Brandon Valentin; Kalixta Villasaez; Richard Villa; and Jacob Wise individually,<br><br>                    Plaintiffs,<br><br>v.<br><br>Allister Adel et al.,<br><br>                    Defendants. | Case No.:  2:21-CV-01226-SMB-MTM<br><br>(Consolidated with 2:21-CV-01757-DWL-CDB)<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiffs and Defendants Maricopa County, The Estate of Allister Adel, Ken Vick, Sherry Leckrone, Vinson Goddard, Thomas Van Dorn, William Long, and April Sponsel ("County Defendants") have reached a settlement agreement resolving all remaining claims against the County Defendants.  Each party is to

bear their own attorney's fees and costs. The parties expect to file dismissal documents within 30 days of the date of this notice.

**RESPECTFULLY SUBMITTED** this 12th day of December, 2024.

                **SANDERS & PARKS, P.C.**

By: _/s/ J. Arthur Eaves_
J. Arthur Eaves
Brianna M. Quinn
Robert O. Beardsley
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
Attorneys for Defendants Maricopa County, Allister Adel and Ken Vick

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December 2024, I electronically transmitted the attached Notice of Settlement via e-mail to all counsel of record and to the Clerk's Office using the CM/ECF System for filing and thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

Stephen D. Benedetto, Esq.
Heather Hamel, Esq.
**THE PEOPLE'S LAW FIRM, PLC**
645 North 4th Avenue, Suite A
Phoenix, Arizona 85003
benedetto@the-plf.com; hamel@the-plf.com
Attorneys for Plaintiffs

Robert F. DiCello, Esq.
Kenneth P. Abbarno, Esq.
Justin J. Hawal, Esq.
Peter Soldato, Esq.
**DICELLO LEVITT GUTZLER, LLC**
Western Reserve Law Building
7556 Mentor Avenue
Mentor, Ohio 44060
rfdicello@dicellolevitt.com
kabbarno@dicellolevitt.com
jhawal@dicellolevitt.com
psoldato@dicellolevitt.com
Admitted Pro Hac Vice
Attorneys for Plaintiffs

William Murphy, Jr., Esq.
Malcolm Ruff, Esq.
**MURPHY, FALCON & MURPHY**
1 South Street, Suite 3000
Baltimore, Maryland 21202
Billy.Murphy@MurphyFalcon.com
Malcolm.Ruff@MurphyFalcon.com
Admitted Pro Hac Vice
Attorneys for Plaintiffs

Mart Harris, Esq.
**THE TRIAL LAW FIRM, LLC**
428 Forbes Avenue, Suite 1700
Pittsburgh, Pennsylvania 15219
MH@TLawF.com
Admitted Pro Hac Vice
Attorneys for Plaintiffs

Ernest Calderón, Esq.
**CALDERÓN LAW OFFICE**
Twenty-Four West Camelback Road, Suite A730
Phoenix, AZ 85013
calderon@azlex.com
Attorneys for Defendant April Sponsel

Sally A. Odegard, Esq.
Stephen M. Hopkins, Esq.
**HOLLOWAY ODEGARD & KELLY, P.C.**
2930 E. Camelback Road, Suite 200
Phoenix, AZ 85016
sodegard@hoklaw.com
shopkins@hoklaw.com
Attorneys for Defendant City of Phoenix

Daniel P. Struck, Esq.
Rachel Love, Esq.
Nicholas D. Acedo, Esq.
Ashlee B. Hesman, Esq.
**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 West Ray Road, Suite 300
Chandler, AZ 85226
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
Attorneys for Defendants Vince Goddard and Sherry Leckrone

John T. Masterson, Bar #007447
Christopher G. Stuart, Bar #012378
Ashley E. Caballero-Daltrey, Bar #036449
**JONES, SKELTON & HOCHULI P.L.C.**
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004

| | |
|---|---|
| 1 | jmasterson@jshfirm.com |
| | cstuart@jshfirm.com |
| 2 | adaltrey@jshfirm.com |
| 3 | Attorneys for Defendants Dennis Orender; Benjamin Moore; Mark Schweikert; Douglas |
| 4 | McBride; Benjamin Zamora; James Groat; |
| 5 | Jeff Howell; Christopher Turiano; Joshua Ramos; Mykel Moller; Jacob Tinto; Derek |
| 6 | Pulliam; Jamie Jesty; John Collins; Lawrence |
| 7 | Hein; Gabriel Lopez; Edward DeCastro; Brian Lee; Bryan Knueppel; Bryan Korus; Sean |
| 8 | Burton; James Hester; George Herr; Officer |
| 9 | Blake Forbes Merl; Officer Eric Munzinger; and Alex Volk |

Christopher T. Rapp, Esq.
Andrew C. Pacheco, Esq.
Lesli Sorensen, Esq.
**RYAN RAPP UNDERWOOD & PACHECO, P.L.C.**
3200 N. Central Avenue, Suite 2250
Phoenix, AZ 85012
ctrapp@rrulaw.com
apacheco@rrulaw.com
lsorensen@rrulaw.com
Attorneys for Defendants Tom Van Dorn and William Long

Martin and William Long
Kathleen L. Wieneke, Esq.
Christina Retts, Esq.
Laura Van Buren, Esq.
**WIENEKE LAW GROUP, PLC**
1225 West Washington Street, Suite 313
Tempe, AZ 85288
kwieneke@wienekelawgroup.com
cretts@wienekelawgroup.com
lvanburen@wienekelawgroup.com
Attorneys for Defendant Jeri Williams

Lori V. Berke, Esq.
Anelisa Benavides, Esq.
**BERKE LAW FIRM, PLLC**
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006

lori@berkelawfirm.com
anelisa@berkelawfirm.com
Attorneys for Defendant Michael Kurtenbach

By: cs